**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                                  Case No. 3:12-cr-159-MMH-LLL

JOHN MARTIN SPAULDING

---

**O R D E R**

**THIS CAUSE** is before the Court on Defendant's Motion for Additional Time to Allow the Government to Amend Its Response in Opposition to Spaulding's Compassionate Release (Doc. 100; Motion for Government's Response), filed on November 22, 2024. On May 28, 2024, Defendant filed his Motion for Compassionate Release or Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. 89; Motion for Compassionate Release). In the Motion for Compassionate Release, Defendant noted that one of the bases for the request was abuse he allegedly suffered at the hands of correctional officers, and he explained that he would separately file his argument on this issue. Id. at 26. Plaintiff addressed the issue by filing his § 3582(c)(1)(A)(i) Extraordinary and Compelling Reasons: Subsection E. Victim of Abuse by Correctional Officers in Support of Defendant's Motion for Compassionate

Release (Doc. 101; Victim of Abuse Argument).[1] Before he did so, however, the United States filed its Response in Opposition to Defendant's Motion for Compassionate Release. (Doc. 98; Response). In the Response, the United States argues that because "Defendant did not provide additional information about the abuse claim [] that claim is addressed and deemed abandoned." Id. at 1 n.1. In the interest of having full and adequate briefing before the Court issues a decision on Defendant's Motion for Compassionate Release, the Court directs the United States to respond to the Victim of Abuse Argument no later than **January 21, 2025**. Defendant may file a reply brief no later than **February 21, 2025**.

Accordingly, it is

**ORDERED**:

1. Defendant's Motion for Additional Time to Allow the Government to Amend Its Response in Opposition to Spaulding's Compassionate Release (Doc. 100) is **GRANTED**;

2. The United States shall respond to the Victim of Abuse Argument **on or before January 21, 2025**; and

---

[1] On August 27, 2024, Plaintiff was given leave to file this document under seal. See Doc. 95.

3. Defendant may file a reply brief **on or before February 21, 2025**.

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of December 2024.

*[Signature]*

MARCIA MORALES HOWARD
United States District Judge

Lc34

Copies:
Counsel of Record
Defendant